# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BERNER FOOD & BEVERAGE, INC., | ) |
| Plaintiff, | ) |
| | ) Case No. 1:09-CV-05559 |
| v. | ) |
| | ) Judge Blanche M. Manning |
| DIABLO VALLEY PACKAGING, INC., | ) |
| SAN MIGUEL CORPORATION, | ) Magistrate Judge Geraldine Soat Brown |
| WORLDPAK INTERNATIONAL, LLC, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Berner Food & Beverage, Inc. ("Berner") and defendants Diablo Valley Packaging, Inc. ("DVP") and WorldPak International, LLC ("WorldPak") hereby stipulate and agree as follows:

1.    The above-captioned matter is hereby dismissed subject to the terms of the Settlement Agreement and Release dated December 21, 2010 between Berner, DVP and WorldPak.

2.    The dismissal shall be without prejudice with respect to Berner's claims against San Miguel Corporation and Adina for Life, Inc. The dismissal shall be with prejudice with respect to Berner's claims against DVP and WorldPak, except that the dismissal shall be subject to reinstatement against DVP and/or WorldPak if the check that party delivered pursuant to the Settlement Agreement and Release fails to clear.

3.    Each party shall bear its own costs.

4. This Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement and Release between Berner, DVP and WorldPak.

Dated: January 5, 2011

STIPULATED AND AGREED:

/s/ W. Allen Woolley_____
W. Allen Woolley
Tiffany L. Carpenter
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Suite 2800
Chicago, IL 60606
Phone: (312) 201-2000
Fax: (312) 201-2555

*Attorneys for Berner Food & Beverage, Inc.*

/s/ John W. Grove_____
John W. Grove
MAISEL & ASSOCIATES
200 North LaSalle Street
20th Floor
Chicago, IL 60601
(312) 917-1400

*Attorneys for WorldPak International, LLC*

/s/ Ryan S. Taylor _____
Daniel Richard Formeller
Ryan S. Taylor
TRESSLER LLP
233 South Wacker Drive
22nd Floor
Chicago, IL 60606
(312) 627-4000

*Attorneys for Diablo Valley Packaging, Inc.*

## **CERTIFICATE OF SERVICE**

W. Allen Woolley hereby certifies that he caused a true and correct copy of the foregoing STIPULATION OF DISMISSAL, to be served on the following counsel of record via ECF on January 5, 2011:

> John W. Grove
> Maisel & Associates
> 200 North LaSalle Street
> 20th Floor
> Chicago, IL 60601
> (312)917-1400
>
> Daniel Richard Formeller
> Ryan S. Taylor
> Tressler LLP
> 233 South Wacker Drive
> 22nd Floor
> Chicago, IL 60606
> (312) 627-4000

/s/_W. Allen Woolley_____